**Order entered September 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01192-CV

## THE ESTATE OF LEAH RITA TILLOTSON, DECEASED

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. 18359**

## ORDER
Before Justices Schenck, Osborne, and Partida-Kipness

Before the Court is appellant's motion to review the trial court's February 12, 2020 supersedeas order. Pursuant to this Court's opinion and order dated September 15, 2020 in *The Estate of Leah Rita Tillotson, Deceased*, No. 05-20-00258-CV, 2020 WL 5525114 (Tex. App.—Dallas Sept. 15, 2020) (no pet. h.), we **DENY** the motion.

/s/  ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE